FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 14, 2020

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IYAIR ROGELIO SANCHEZ-ANGULO, <br><br> Defendant. | No. 1:19-CR-2060-SMJ-1 <br><br> ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE <br><br> **ECF Nos. 42, 43** |

    Before the Court are Defendant's Motion to Modify Conditions of Release (ECF No. 42) and related Motion to Expedite (ECF No. 43). Pursuant to General Order 20-101-3 and the CARES Act, Pub. L. No. 116-136 (H.R. 748) (eff. March 27, 2020), the Court found that video conferencing was not reasonably available for Defendant. With his consent, Defendant appeared by phone from out of custody represented by Assistant Federal Defender Paul Shelton. Assistant United States Attorney Richard Burson represented the United States.

    Defendant requests that the Court strike Special Condition Nos. 8 and 9, which require Defendant to participate in GPS confinement and impose a curfew

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE - 1

restricting him to his approved residence every day from 8:00 PM to 6:00 AM. ECF No. 20.  Due to Defendant's compliance with his conditions of release over the past eight months, the Court finds that some modification of his conditions is warranted.  That said, the Court placed the Defendant on GPS monitoring out of concerns for the safety of the community and is not satisfied at this point that removal of this condition is appropriate given his criminal history.  If Defendant continues to perform successfully on pretrial release, the Court may reconsider further modifications.

**ACCORDINGLY, IT IS HEREBY ORDERED:**

1. Defendant's Motion to Modify Conditions of Release (**ECF No. 42**) is **GRANTED IN PART**.

2. Defendant's Motion to Expedite (**ECF No. 43**) is **GRANTED**.

3. Special Condition No. 9 (**ECF No. 20**), which imposed a curfew from 8:00 PM to 6:00 AM, shall be **STRICKEN**.

4. All other conditions of release shall remain in effect.

DATED October 14, 2020.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES MAGISTRATE JUDGE

ORDER GRANTING IN PART DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE AND GRANTING MOTION TO EXPEDITE - 2